# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRCT OF TENNESSEE, WESTERN DIVISION

**DONALD HICKS,**

    **Plaintiff,**

**v.**                                                        **Civil Action No. 2:07-cv-02220-BBD-sta**

**WALGREEN CO. d/b/a WALGREEN'S,**     **JURY DEMANDED**

    **Defendant.**

## ORDER OF DISMISSAL WITH PREJUDICE

By agreement of the Parties and for good cause shown, it is hereby ORDERED, ADJUDGED AND DECREED that the above-styled cause is dismissed with prejudice with each Party to bear their own costs and expenses.

BE IT SO ORDERED this 6th day of March, 2008.

                                                    s/ Bernice B. Donald
                                                    BERNICE B. DONALD
                                                    U.S. DISTRICT JUDGE